UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | JUDGE KATHLEEN MCDONALD O'MALLEY |
| Plaintiff(s) | ) | |
| | ) | CASE NO. 1:00CR444 |
| | ) | |
| vs. | ) | |
| | ) | NOTICE |
| GARY THOMPSON | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

TAKE NOTICE that the above-entitled case has been set for **VIOLATION HEARING** on Monday, May 12, 2008, at 10:00 a.m., Courtroom 16A, U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio.

s/ Christine M. Huth_____
Geri M. Smith, Clerk of Court
by: Christine M. Huth, Courtroom Deputy
    (216) 357-7242

To:   Joseph Pinjuh
      Federal Public Defender
      Gary Thompson
      U.S. Marshal
      Probation
      Pretrial Services