UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | JUDGE KATHLEEN MCDONALD O'MALLEY |
| Plaintiff(s) | ) | |
| | ) | CASE NO.  1:00CR444 |
| vs. | ) | |
| | ) | **NOTICE** |
| | ) | |
| GARY THOMPSON | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

TAKE NOTICE that the above-entitled case has been  reset* for **VIOLATION HEARING**

on Thursday, May 29, 2008, at 3:00 p.m., Courtroom 16A, U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio.

                                                                                       s/ Christine M. Huth
                                                                                       Geri M. Smith, Clerk of Court
                                                                                       by: Christine M. Huth, Courtroom Deputy
                                                                                            (216) 357-7242

To:    Vasile Katsaros
         Federal Public Defender
         Gary Thompson
         U.S. Marshal
         Probation
         Pretrial Services

**\*PLEASE NOTE NEW DATE & TIME.**