IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:00CR444 |
| | ) | |
| Plaintiff, | ) | JUDGE KATHLEEN M. O'MALLEY |
| | ) | |
| v. | ) | |
| | ) | |
| GARY THOMPSON, | ) | NOTICE OF APPEARANCE AND |
| | ) | SUBSTITUTION OF COUNSEL |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, William J. Edwards, Acting United States Attorney, and Vasile C. Katsaros, Assistant U.S. Attorney, and hereby enters his appearance as attorney of record for the government in the within action, and respectfully requests this Court that he be substituted for, and in place of, Steven L. Jackson, for all further proceedings and notices in the within action, as attorney for the United States of America.

                                                  Respectfully submitted,

                                                  WILLIAM J. EDWARDS
                                                  Acting United States Attorney

                    By:    /s/Vasile C. Katsaros
                           Vasile C. Katsaros
                           Assistant U.S. Attorney
                           Registration #0067386
                           U.S. Courthouse, Suite 400
                           801 West Superior Avenue
                           Cleveland, Ohio 44113
                           Telephone: 216/622-3876
                           Facsimile: 216/522-8355
                           E-mail: vasile.katsaros@usdoj.gov

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this 15th of May, 2008, a copy of the foregoing Government's Notice of Appearance and Substitution of Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Vasile C. Katsaros
Vasile C. Katsaros
Assistant U.S. Attorney