UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | JUDGE KATHLEEN MCDONALD O'MALLEY |
| Plaintiff(s) | ) | |
| | ) | CASE NO.   1:00CR444-01 |
| vs. | ) | |
| | ) | <u>NOTICE</u> |
| | ) | |
| GARY THOMPSON | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

TAKE NOTICE that the above-entitled case has been  reset* for **VIOLATION HEARING**

on Wednesday, August 13, 2008, at 10:00 a.m., Courtroom 16A, U.S. Courthouse, 801 West

Superior Avenue, Cleveland, Ohio.

                                                                                            s/ Christine M. Huth
                                                                                            Geri M. Smith, Clerk of Court
                                                                                            by: Christine M. Huth, Courtroom Deputy
                                                                                                 (216) 357-7242

To:    Phillip Tripi
         Carolyn Kucharski
         U.S. Marshal
         Probation
         Pretrial Services

**\*PLEASE NOTE NEW DATE & TIME.**