IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:00CR444-01 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge O'Malley |
| ) | |
| GARY THOMPSON ) | |
| ) | |
| Defendant. ) | ORDER |

    This matter was before the Court on August 13, 2008, for a hearing on the Government's motion for revocation of defendant Gary Thompson's supervised release. Thompson was present and represented by counsel.

    The Court sentenced this defendant on April 26, 2001, to sixty (60) months custody of the Bureau of Prisons (BOP), followed by four (4) years supervised release to include drug aftercare. Defendant's supervision was modified July 13, 2007, to include a period of residential drug treatment.

    The Probation Officer's report states that Thompson has plead guilty to new law violations, has tested positive for marijuana, has failed to follow instructions of the Probation Officer and has failed to report as directed. The defendant admits the violations. The Court finds Thompson in violation and revokes supervised release. The defendant is sentenced to six (6) months custody of the BOP. No further period of supervised release to follow.

The Court recommends to the BOP that the defendant shall participate in drug treatment and receive credit for time served in Federal custody. In determining defendant's placement, the BOP shall take into consideration that the defendant was previously injured while in BOP custody.

The defendant is remanded to custody.

IT IS SO ORDERED.

                                                  s/ Kathleen M. O'Malley
                                                  KATHLEEN McDONALD O'MALLEY
                                                  UNITED STATES DISTRICT JUDGE

DATED: August 22, 2008